```
1                      UNITED STATES DISTRICT COURT
                        FOR THE DISTRICT OF COLUMBIA
2
      * * * * * * * * * * * * * * * *    )
3    UNITED STATES OF AMERICA,           )    Criminal Action
                                         )     No. 18-00078
4                   Plaintiff,           )
                                         )
5       vs.                              )
                                         )
6    ARNOLD S. BOON,                     )    Washington, D.C.
                                         )    January 9, 2019
7                   Defendant.           )    9:38 a.m.
                                         )
8     * * * * * * * * * * * * * * * *    )

9

10                     TRANSCRIPT OF STATUS CONFERENCE
                  BEFORE THE HONORABLE PAUL L. FRIEDMAN,
11                    UNITED STATES DISTRICT JUDGE

12

13    APPEARANCES:

14    FOR THE GOVERNMENT:       STEVEN B. WASSERMAN, ESQ.
                                UNITED STATES ATTORNEY'S OFFICE
15                                FOR THE DISTRICT OF COLUMBIA
                                555 Fourth Street, Northwest
16                              Eleventh Floor
                                Washington, D.C. 20530
17

18    FOR THE DEFENDANT:        JONATHAN S. ZUCKER, ESQ.
                                LAW OFFICES OF JONATHAN S. ZUCKER
19                              27 Florida Avenue, Northeast
                                Suite 200
20                              Washington, D.C. 20002

21
      REPORTED BY:              LISA EDWARDS, RDR, CRR
22                              Official Court Reporter
                                United States District Court for the
23                                District of Columbia
                                333 Constitution Avenue, Northwest
24                              Room 6706
                                Washington, D.C. 20001
25                              (202) 354-3269
```

1                    THE COURTROOM DEPUTY:  This is Criminal Action

2       18-78, the United States versus Arnold Boon.

3                    Counsel, please step forward to the podium and

4       state your appearance for the record.

5                    MR. WASSERMAN:  Good morning, your Honor.  Steven

6       Wasserman for the United States.

7                    MR. ZUCKER:  Good morning, Judge.  John Zucker on

8       behalf of Mr. Boon.  He's present.

9                    THE COURT:  Good morning.

10                   Mr. Boon, good morning.

11                   THE DEFENDANT:  Good morning.

12                   THE COURT:  Since our last status conference, as

13      you know, I granted Ms. Antonelli's motion to withdraw as

14      counsel based on what was discussed in court on December

15      4th, the motion she had filed, Mr. Boon's position and the

16      Government's position, and I appointed Mr. Zucker to

17      represent Mr. Boon under the Criminal Justice Act going

18      forward.

19                   I also understand, I think, from an email that I

20      got -- I can't remember where -- that before Ms. Antonelli's

21      motion was granted that she did -- she was able to

22      accomplish getting Mr. Boon moved to a more convenient

23      location.

24                   This case has been going on for some time.

25      Mr. Boon has had three different lawyers.  Mr. Zucker is the

1    fourth lawyer in the case for a variety of reasons.

2           And I guess I want to know:  Mr. Boon has speedy

3    trial rights, but he also has a right to a lawyer who's had

4    time and has time to fully learn about the case and learn

5    about Mr. Boon and figure out where to go next.

6           Mr. Zucker, what's your proposal at this point?

7           MR. ZUCKER:  Judge, our proposal is -- and I've

8    shared this with Mr. Wasserman and Mr. Boon -- is that we

9    just put this case off for approximately four weeks for a

10    status hearing.  Mr. Boon has been advised -- and he

11    understands that, and he's willing to waive speedy trial

12    rights between today and that next status date.  At that

13    next status -- between now and the next status date, I will

14    meet with Mr. Boon, review the case, consider all options.

15    And hopefully, by the time we come back on a status date,

16    we'll be able to inform the Court whether we need a trial

17    date or a disposition.

18           THE COURT:  I think part of Mr. Boon's concerns

19    over the time that he's been here and we've talked and he's

20    expressed himself through counsel or personally in court is

21    that he didn't feel that some of his lawyers were attentive

22    enough and visited him or talked to him enough.  Part of

23    that may have been the geography problem.  So I'm hopeful

24    communication will now improve and we'll see where we are.

25           MR. ZUCKER:  I'll try.  And I've had that same

```
 1    problem in other cases when people are transferred four

 2    hours away.  It's really just very difficult to see them.

 3              THE COURT:  It's a problem.

 4              MR. ZUCKER:  But I have the time; and I think

 5    within four weeks we'll be ready.

 6              THE COURT:  Mr. Wasserman, anything you want to

 7    say, other than finding a date?

 8              MR. WASSERMAN:  That's fine with the Government,

 9    your Honor.  I will keep the plea offer open that was

10    extended to Ms. Antonelli or re-extended to Ms. Antonelli

11    before she withdrew.  And obviously, we'll consult with

12    Mr. Zucker over the course of the next four weeks.

13              THE COURT:  Okay.

14              MR. ZUCKER:  I've not seen it yet, but

15    Mr. Wasserman advised me that Probation has already done a

16    criminal history calculation.

17              THE COURT:  Yes.  I don't know whether it was

18    filed on the docket or not.  Let me see.

19              It was done by Ms. Willett and Probation.  It

20    looks to me like it was filed on the docket back in October.

21              MR. ZUCKER:  All right.

22              THE COURT:  If I'm wrong or if it's -- well, if it

23    was under seal, you now should have access to it under your

24    appearance.

25              MR. ZUCKER:  Right.
```

1               THE COURT:  If it wasn't filed, it's --

2               MR. ZUCKER:  If it wasn't filed, I'm sure

3      Mr. Wasserman will share it with me.

4               THE COURT:  Yes.  It's actually pretty extensive.

5      It's Kelli Willett, October 18, 2018.

6               THE COURTROOM DEPUTY:  I can print out a copy for

7      you.

8               MR. ZUCKER:  Oh, if you could, that'd be great.

9               THE COURTROOM DEPUTY:  Yes.

10              MR. ZUCKER:  Thank you.

11              THE COURT:  What does the week of -- it's a little

12     longer than four weeks, but what does the week of February

13     18th look like?  The 18th is Presidents' Day.

14              MR. WASSERMAN:  Well, my wife is due on the 27th.

15     I expect I'll be available that week.  So there's a chance,

16     I suppose that, I'm not.

17              THE COURT:  The 19th is --

18              MR. ZUCKER:  Judge, I'm going to be out of town

19     the 11th through the 18th on vacation.  So I'd rather have,

20     if I could, later in the week, the 21st, just to tie up

21     loose ends.  I could do it before the 11th, too.  But if

22     that's not good for the Court, I'd rather do it the 21st or

23     22nd, if those are available.

24              THE COURT:  How about 10:00 on the 21st?

25              MR. ZUCKER:  That's fine.

1          MR. WASSERMAN:  That's fine, your Honor.

2          THE COURT:  Mr. Boon, could you stand up for a

3    minute, please.

4          THE DEFENDANT:  (Complies.)

5          THE COURT:  Mr. Boon, you understand you have a

6    right to a speedy trial?

7          THE DEFENDANT:  Yes, your Honor.

8          THE COURT:  Are you willing to give up that right

9    between now and February 21st so that you and Mr. Zucker

10   can -- so he can get familiar with the case and you and he

11   can have conversations about how to proceed?

12          THE DEFENDANT:  Yes, your Honor.

13          THE COURT:  Thank you very much.

14          So I find that on that basis and with Mr. Zucker

15   just entering his appearance and getting involved in the

16   case that it's in the interest of justice to toll the

17   running of the speedy trial between now and February the

18   21st.  We'll see where we are then.

19          I mean, if there is any likelihood of a plea and

20   it's all resolved by then, which may not be likely, we could

21   change the status conference to a plea conference just as

22   easily.

23          MR. ZUCKER:  Sure.

24          MR. WASSERMAN:  Very well, your Honor.

25          THE COURT:  I'll see you all on February 21st at

1    10:00 a.m.

2              MR. ZUCKER:   Thank you.

3              MR. WASSERMAN:   Thank you, your Honor.

4              (Proceedings concluded.)

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                              **CERTIFICATE**

2

3              I, LISA EDWARDS, RDR, CRR, do hereby

4  certify that the foregoing constitutes a true and accurate

5  transcript of my stenographic notes, and is a full, true,

6  and complete transcript of the proceedings produced to the

7  best of my ability.

8

9

10                  Dated this 18th day of September, 2022.

11

12            /s/ Lisa Edwards, RDR, CRR
                Official Court Reporter
13            United States District Court for the
                 District of Columbia
14            333 Constitution Avenue, Northwest
                Washington, D.C. 20001
15            (202) 354-3269

16

17

18

19

20

21

22

23

24

25