UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **Case No. 18-cr-78 (PLF)** |
| v. | : | |
| | : | |
| **ARNOLD BOON,** | : | <u>Under Seal</u> |
| | : | |
| **Defendant.** | : | |

### NOTICE OF APPEARANCE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and Assistant United States Attorney Alicia Long, at telephone number 202-252-6889, hereby informs the Court that she is entering her appearance as co-counsel in this matter on behalf of the United States.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:   <u>/s/ Alicia M. Long</u>
ALICIA M. LONG
Assistant United States Attorney
D.C. Bar Number 1659433
United States Attorney's Office
601 D Street, NW
Washington, DC  20530
Telephone: 202-252-6889
Email: alicia.long@usdoj.gov