UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Criminal No. 18-0078 (PLF) |
| ) | |
| ARNOLD BOON, ) | |
| ) | |
| Defendant. ) | |

ORDER

Before the Court is the government's Motion to Unseal, in which the government requests that the Court unseal the entire record and related papers in the abovementioned case. See Dkt. No. 44. Mr. Boon does not oppose the government's motion and consents to the unsealing of the case. See Dkt. No. 46. For the reasons discussed in the government's motion, it is hereby

ORDERED that the government's Motion to Unseal [Dkt. No. 44] is GRANTED; and it is

FURTHER ORDERED that the Clerk of the Court shall unseal all filings in United States v. Arnold Boon, Criminal No. 18-0078.

SO ORDERED.

PAUL L. FRIEDMAN
United States District Judge

DATE: 8/1/23